# MINUTE ORDER

## Magistrate Judge Ann E. Vitunac

**Alto Lee Adams, Sr., U.S. Courthouse (FTP) Courtroom** 4074　　　**Date:** 4/7/2025　　**Time:** 10:00 a.m.

**Defendant:** Enrique Cante-Gomez　　**J#:** 69920-511　　**Case #:** 25-CR-14021-MARTINEZ/MAYNARD
**AUSA:** Michael Porter　　　　　　　　　　　　　　**Attorney:** AFPD-Renee Sihvola
**Violation:** Reentry of Deported Alien
　　　　　　　　　　　　　　　　　　　　　　　　　　**Surr/Arrest Date:**　　　**YOB:**

**Proceeding:** Arraignment　　　　　　　　　　　**CJA Appt:**
**Bond/PTD Held:** ☐ Yes  ☐ No　　**Recommended Bond:**
**Bond Set at:**　　　　　　　　　　　　　　　　　　**Co-signed by:**

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
☐ Random urine testing by Pretrial Services
☐ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

**Language:** Spanish

Defendant present and sworn. Defendant advised of charges, maximum penalties and fines. Defendant enters a plea of not guilty and demands a trial by jury, and requests entry of Standing Discovery Order. Pretrial Detention Hearing held. The Government recommends pretrial detention based on risk of flight. The Government proceeded by proffer. Government witness, ICE Deportation Officer Angelo Zaravelis, sworn and testified. Both sides presented argument to the Court. The Court finds there are no conditions that can be set to ensure future appearance and orders pretrial detention. Written Order of Detention to follow.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**　　**Date:**　　**Time:**　　**Judge:**　　**Place:**
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
**D.A.R.** 10:11:42　　　　　　　　　　　**Time in Court:** 18 Minutes

　　　　　　　　　　　s/Ann E. Vitunac　　　　　　　　　　　　　　Magistrate Judge